**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| Tammie Joy Clark,<br><br>Debtor | Bankruptcy Case No. 26-41512<br>Hon. Mark A. Randon<br>Chapter 7 |

**NOTICE OF APPEARANCE OF COUNSEL AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby files an appearance as counsel for the Debtor pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. §§ 102(1) and 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosures statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case be transmitted to the following attorney at the address set forth below:


**STEVENSON & BULLOCK, P.L.C.**
Attn.: Ernest M. Hassan, III (P67815)
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com


**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance of Counsel and Request for Service of Documents (the "Notice") nor

any subsequent appearance, pleading, claim, proof of claim, or suit shall waive (i) the right of the Debtor to have final orders in non-core matters entered only after de novo review by the District Court; (ii) the right of the Debtor to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (iii) the right of the Debtor to request that the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court; (v) an election of remedies; or (vi) any other rights, claims, actions, or defenses to which the Debtor is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses are hereby expressly preserved.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Ernest M. Hassan, III
Ernest M. Hassan, III (P67815)
Counsel for the Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com

Dated: February 13, 2026