Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | **Tammie Joy Clark** | Social Security number or ITIN: xxx–xx–5140 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Michigan | Date case filed for chapter: 7   2/13/26 |
| Case number: | 26–41512–mar | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tammie Joy Clark | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11826 North Main Street<br>Whitmore Lake, MI 48189 | |
| 4. | **Debtor's attorney**<br>Name and address | Elliot G. Crowder<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034 | Contact phone: 248–354–7906 |
| 5. | **Bankruptcy trustee**<br>Name and address | Douglas Ellmann<br>Douglas Ellmann, Panel Trustee<br>3140 Baker Rd.<br>#395<br>Dexter, MI 48130 | Contact phone: 734–668–4800 |

**For more information, see page 2 >**

26-41512-mar   Doc 8   Filed 02/15/26   Entered 02/16/26 00:28:13   Page 1 of 5

| 6. | **Bankruptcy clerk's office** | **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at https://pacer.uscourts.gov. | 211 West Fort Street<br>Detroit, MI 48226<br><br>Contact phone: 313–234–0065 | Clerk of the Bankruptcy Court:<br>Todd M. Stickle<br><br>Hours open:<br>8:30am–4:00pm Monday–Friday<br><br>Date: 2/13/26 |
| 7. | **Meeting of creditors** | **March 12, 2026 at 09:30 AM** | **Location:** |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Zoom video meeting. Go to Zoom.us/join. Enter Meeting ID 784 750 5084, and Passcode 8284593911, OR call (734) 794–3581.<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/11/26** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

In re:
Tammie Joy Clark
     Debtor

Case No. 26-41512-mar

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0645-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: 309A | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammie Joy Clark, 11826 North Main Street, Whitmore Lake, MI 48189-9317 |
| 28811576 | + | A.G. Adjustments Ltd., One Huntington, Quadrangle, Ste 4N15, Melville, NY 11747-4400 |
| 28811577 | + | Advanced Imaging Alliance Huron Valley, PO Box 932701, Cleveland, OH 44193-0015 |
| 28811580 | + | Ann Arbor Sunroom Kitchen & Bath, 11826 N. Main St, Whitmore Lake, MI 48189-9317 |
| 28811583 | + | Ann Arbor Sunroom Kitchen & Bathroom, 11826 N. Main St, Whitmore Lake, MI 48189-9317 |
| 28811589 | + | CTA Pathology, 9750 SW Nimbus Ave, Building 16, Beaverton, OR 97008-7172 |
| 28811590 | | Edmond and Van Douglas, c/o 5840 Lorac Drive, Suite 3, Clarkston, MI 48346 |
| 28811591 | + | Emma and Bill DeHerder, c/o Jordan G. English, 810 E. Grand River Avenue, Brighton, MI 48116-1802 |
| 28811592 | + | Genesight, PO Box 773273, Detroit, MI 48277-3190 |
| 28811594 | + | Genisys Credit Union, 11826 N Main st, Whitmore Lake, MI 48189-9317 |
| 28811595 | + | Hamzavi Dermatology, 43151 Dalcoma, Suite 6, Clinton Township, MI 48038-6306 |
| 28811596 | + | Huron Gastroenterology Associates, 5300 Elliott Drive, Ypsilanti, MI 48197-8632 |
| 28811599 | + | John Kavanagh & Cindy Kavanagh, Andrew C. Burrows, 810 E. Grand River Ave, Brighton, MI 48116-1802 |
| 28811601 | + | Kelsey Orr and Russel Bundesen, c/o Dykema Gossett PLLC, 39577 Woodward Ave Ste. 300, Bloomfield Hills, MI 48304-5086 |
| 28811602 | + | Lyle and Connie Masserant, c/o Brittany Braunlich, 19 E. First Street, Monroe, MI 48161-2226 |
| 28811603 | | Marcie Van Black, c/o Joseph W. Uhl, Novara Law Group, PLLC, Troy, MI 48084 |
| 28811604 | + | Mark Powel & Cheryl Duda, 13744 Milton, Belleville, MI 48111-2353 |
| 28811605 | | McCarthy, Burgess & Wolef, 2600 Cannon Road, Bedford, OH 44146 |
| 28811609 | + | Pincky Family Dentistry, PC, 1245 E M-36, Pinckney, MI 48169-8133 |
| 28811610 | + | Richmond Nort Associates, 4955 North Bailey Avenue, Suite 109, Buffalo, NY 14226-1206 |
| 28811612 | + | Robert Christopher Clark, 11826 N. Main Street, Whitmore Lake, MI 48189-9317 |
| 28811613 | + | Robert Clark, 11826 N Main St, Whitmore Lake, MI 48189-9317 |
| 28811616 | + | Ryan Mamuyac and Rachel Mamuyac, c/o Eric S. Glick, 30150 Telegraph Rd., Ste 44, Franklin, MI 48025-4519 |
| 28811617 | + | Sal Kizi, 4755 Edkins Street, West Bloomfield, MI 48323-2512 |
| 28811618 | + | Shell Fleet Card, Wex Inc., 1 Hancock St., Portland, ME 04101-4217 |
| 28811619 | + | Taunt Law Firm, 3001 W. Big Beaver Road, Suite 100, Troy, MI 48084-3102 |
| 28811620 | + | Todd Spink Construction, Inc., d/b/a Spink Insulation, c/o Kristina M. Fisk 740 West Michigan A, Jackson, MI 49201-1909 |
| 28811623 | + | William Ross Gilmore & Elzabeth Jane Kim, 22870 Venture Drive, Novi, MI 48375-4185 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecrowder@sbplclaw.com | Feb 13 2026 21:40:00 | Elliot G. Crowder, 26100 American Drive, Suite 500, Southfield, MI 48034 |
| tr | + | EDI: FDSELLMANN.COM | Feb 14 2026 02:35:00 | Douglas Ellmann, Douglas Ellmann, Panel Trustee, 3140 Baker Rd., #395, Dexter, MI 48130-1119 |
| 28811578 | + | EDI: JPMORGANCHASE | Feb 14 2026 02:35:00 | Amazon Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 28811579 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 21:45:17 | American Express, P.O. Box 60189, City of Industry, CA 91716-0189 |
| 28811584 | + | Email/Text: wwilde@aspennational.com | Feb 13 2026 21:41:00 | Aspen National Collections, PO Box 10689, |

| Recip ID | Flag | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Brooksville, FL 34603-0689 |
| 28811585 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 13 2026 21:41:13 | Caine & Weiner, P.O. Box 55848, Sherman Oaks, CA 91413 |
| 28811586 | ^ | MEBN | Feb 13 2026 21:38:30 | Canon Financial Services, Inc., 158 Gaither Drive, Suite 200, Mount Laurel, NJ 08054-1716 |
| 28811587 | + | EDI: CAPITALONE.COM | Feb 14 2026 02:35:00 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 28811588 | + | Email/Text: stephen.malkiewicz@cintas.com | Feb 13 2026 21:41:00 | Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910 |
| 28811593 | + | Email/Text: bankruptcy@genisyscu.org | Feb 13 2026 21:42:00 | Genisys Credit Union, 2100 Executive Hill Blvd, Auburn Hills, MI 48326-2947 |
| 28811597 | | EDI: IRS.COM | Feb 14 2026 02:35:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 28811600 | + | Email/Text: bncnotices@stengerlaw.com | Feb 13 2026 21:41:00 | JP Morgan Case Bank, N.A., c/o Stenger & Stenger, P.C., 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2454 |
| 28811607 | | Email/Text: EBN@Mohela.com | Feb 13 2026 21:41:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 28811606 | + | Email/Text: Treas-Bankruptcy@michigan.gov | Feb 13 2026 21:42:00 | Michigan Department of Treasury, Collection/Bankruptcy Unit, POB 30168, Lansing, MI 48909-7668 |
| 28811608 | | Email/Text: bankruptcies@penncredit.com | Feb 13 2026 21:41:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106 |
| 28811611 | ^ | MEBN | Feb 13 2026 21:38:36 | RMS, PO Box 5000, Fogelsville, PA 18051-5000 |
| 28811621 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 13 2026 21:42:00 | Transworld Systems Inc., 500 Virginia Dr, Suite514, Fort Washington, PA 19034-2733 |
| 28811622 | + | Email/Text: bankruptcynotices@sba.gov | Feb 13 2026 21:41:00 | U.S. Small Business Administration, CESC-Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28811581 | *+ | Ann Arbor Sunroom Kitchen & Bath LLC, 11826 N. Main Street, Whitmore Lake, MI 48189-9317 |
| 28811582 | *+ | Ann Arbor Sunroom Kitchen & Bath LLC, 11826 N. Main St., Whitmore Lake, MI 48189-9317 |
| 28811614 | *+ | Robert Clark, 11826 N. Main St., Whitmore Lake, MI 48189-9317 |
| 28811615 | *+ | Robert Clark, 11826 N. Main Street, Whitmore Lake, MI 48189-9317 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026　　　　　　　　Signature:　　　/s/Gustava Winters