**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

**Case Name:** Tammie Joy Clark                 **Case No.:** 26-41512-mar

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

❏ **Amendment to Petition:**
   ❏ Name ❏ Debtor(s) Mailing Address ❏ Alias
   ❏ Signature ❏ Complying with Order Directing the Filing of Official Form(s)
❏ **Summary of Your Assets and Liabilities and Certain Statistical Information**
❏ **Statement of Financial Affairs**
■ **Schedules and List of Creditors:**
❏ Schedule A/B
❏ Schedule C  ❏ Debtor 2 Schedule C
■ List of Creditors  ❏ Schedule D  ■ Schedule E/F  and
   ■ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
   ❏ Change address of a creditor already on the List of Creditors – **No Fee Required**
❏ Schedule G
❏ Schedule H
❏ Schedule I
❏ Schedule J
❏ Schedule J-2
❏ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

| Additional Details of Amendment(s): |
| --- |
|  |

| | |
| --- | --- |
| ➡ | **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** |
| **Date** 03/19/2026 | **Signature** /s/ Ernest M. Hassan (P67815) |
| ➡ | **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** |
| **Date** 03 / 19 / 2026 | **Signature** /s/ Tammie Joy *Tammie J Clark* |
| **Date** | **Signature** |

Doc ID: afe38400c76c4610ab475e1d0fb27fd8c9990d15

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**       **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**       **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**       **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:**     Carolyn J. Bordin

**ADDRESS:**     1323 Willow Creek Lane
Grass Lake, MI 49240

**NAME OF CREDITOR:**     Tom and Erica Crock

**ADDRESS:**     3851 Trumbull
Trenton, MI 48183

**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

**Fill in this information to identify your case:**

| Debtor 1 | Tammie Joy Clark | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | | |
| Case number (if known) | | | |

☒ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1** Internal Revenue Service
Priority Creditor's Name
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

Last 4 digits of account number _____   $0.00   $0.00   $0.00

When was the debt incurred?   Notice Purposes Only

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** Michigan Department of Treasury
Priority Creditor's Name
Collection/Bankruptcy Unit
POB 30168
Lansing, MI 48909
Number Street City State Zip Code

Last 4 digits of account number _____   $0.00   $0.00   $0.00

When was the debt incurred?   Notice Purposes Only

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

26-41512-mar   Doc 9   Filed 03/19/26   Entered 03/19/26 18:07:23   Page 3 of 24

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | A.G. Adjustments Ltd. | Last 4 digits of account number | 6098 | $304.73 |
|---|---|---|---|---|

Nonpriority Creditor's Name
One Huntington
Quadrangle, Ste 4N15
Melville, NY 11747

**When was the debt incurred?**    Prior to filing

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    potential personal liability for business debt

---

| 4.2 | Advanced Imaging Alliance Huron Valley | Last 4 digits of account number | | $77.25 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 932701
Cleveland, OH 44193

**When was the debt incurred?**    Prior to filing

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    medical

---

| 4.3 | Amazon Chase | Last 4 digits of account number | | $1,919.21 |
|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 15123
Wilmington, DE 19850

**When was the debt incurred?**    2025

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    credit card

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

26-41512-mar    Doc 9    Filed 03/19/26    Entered 03/19/26 18:07:23    Page 4 of 24

| 4.4 | American Express | Last 4 digits of account number _____ | $2,301.62 |
|---|---|---|---|

**Nonpriority Creditor's Name**
P.O. Box 60189
City of Industry, CA 91716
Number Street City State Zip Code

**When was the debt incurred?**    2025

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   credit card

| 4.5 | Caine & Weiner | Last 4 digits of account number _____ | $751.61 |
|---|---|---|---|

**Nonpriority Creditor's Name**
P.O. Box 55848
Sherman Oaks, CA 91413
Number Street City State Zip Code

**When was the debt incurred?**    Prior to filing

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

| 4.6 | Canon Financial Services, Inc. | Last 4 digits of account number  1771 | $9,489.26 |
|---|---|---|---|

**Nonpriority Creditor's Name**
158 Gaither Drive
Suite 200
Mount Laurel, NJ 08054
Number Street City State Zip Code

**When was the debt incurred?**    Prior to filing

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

26-41512-mar    Doc 9    Filed 03/19/26    Entered 03/19/26 18:07:23    Page 5 of 24

| 4.7 | Capital One | Last 4 digits of account number | | $7,244.22 |

**Capital One**
Nonpriority Creditor's Name
P.O. Box 4069
Carol Stream, IL 60197
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____   $7,244.22

**When was the debt incurred?**   2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   credit card

---

| 4.8 | Carolyn Bordin | | | Unknown |

**Carolyn Bordin**
Nonpriority Creditor's Name
1323 Willow Creek Lane
Grass Lake, MI 49240
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   January 28, 2024

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Potential Personal Liability on Business Debt

---

| 4.9 | Cintas Corp | | | $663.35 |

**Cintas Corp**
Nonpriority Creditor's Name
PO Box 630910
Cincinnati, OH 45263
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____   $663.35

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

26-41512-mar   Doc 9   Filed 03/19/26   Entered 03/19/26 18:07:23   Page 6 of 24

**4.10** CTA Pathology

Nonpriority Creditor's Name

9750 SW Nimbus Ave
Building 16
Beaverton, OR 97008

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   3977                                    $105.03

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   medical

---

**4.11** Edmond and Van Douglas

Nonpriority Creditor's Name

c/o 5840 Lorac Drive
Suite 3
Clarkston, MI 48346

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**                                    $60,000.00

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

---

**4.12** Emma and Bill DeHerder

Nonpriority Creditor's Name

c/o Jordan G. English
810 E. Grand River Avenue
Brighton, MI 48116

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**                                    $57,000.00

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

26-41512-mar    Doc 9    Filed 03/19/26    Entered 03/19/26 18:07:23    Page 7 of 24

**4.1 3**

| | |
|---|---|
| Genesight | Last 4 digits of account number _____    $330.00 |

Nonpriority Creditor's Name
PO Box 773273
Detroit, MI 48277
Number Street City State Zip Code

**When was the debt incurred?** Prior to filing

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   medical

---

**4.1 4**

| | |
|---|---|
| Genisys Credit Union | Last 4 digits of account number _____    $38,217.06 |

Nonpriority Creditor's Name
2100 Executive Hill Blvd
Auburn Hills, MI 48326
Number Street City State Zip Code

**When was the debt incurred?** 2025

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Repossession

---

**4.1 5**

| | |
|---|---|
| Genisys Credit Union | Last 4 digits of account number _____    $43,528.94 |

Nonpriority Creditor's Name
11826 N Main st
Whitmore Lake, MI 48189
Number Street City State Zip Code

**When was the debt incurred?** 2025

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Voluntary Surrender

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

26-41512-mar   Doc 9   Filed 03/19/26   Entered 03/19/26 18:07:23   Page 8 of 24

**4.16**

**Hamzavi Dermatology**
Nonpriority Creditor's Name
43151 Dalcoma
Suite 6
Clinton Township, MI 48038
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____    $31.00

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   medical

---

**4.17**

**Huron Gastroenterology Associates**
Nonpriority Creditor's Name
5300 Elliott Drive
Ypsilanti, MI 48197
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____    $30.00

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   medical

---

**4.18**

**John Kavanagh & Cindy Kavanagh**
Nonpriority Creditor's Name
Andrew C. Burrows
810 E. Grand River Ave
Brighton, MI 48116
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

26-41512-mar    Doc 9    Filed 03/19/26    Entered 03/19/26 18:07:23    Page 9 of 24

| 4.19 | JP Morgan Case Bank, N.A. | Last 4 digits of account number | | $12,019.52 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**
c/o Stenger & Stenger, P.C.
2618 East Paris Avenue SE
Grand Rapids, MI 49546

**When was the debt incurred?**    2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   credit card

---

| 4.20 | Kelsey Orr and Russel Bundesen | Last 4 digits of account number | | $31,337.00 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**
c/o Dykema Gossett PLLC
39577 Woodward Ave
Ste. 300
Bloomfield Hills, MI 48304

**When was the debt incurred?**    Prior to filing

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   judgment

---

| 4.21 | Lyle and Connie Masserant | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**
c/o Brittany Braunlich
19 E. First Street
Monroe, MI 48161

**When was the debt incurred?**    Prior to filing

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.2 2 | Marcie Van Black | Last 4 digits of account number | $20,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Joseph W. Uhl
Novara Law Group, PLLC
Troy, MI 48084

**When was the debt incurred?** 6/15/2026

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify   Business debt

---

| 4.2 3 | Mark Powel & Cheryl Duda | Last 4 digits of account number | $13,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
13744 Milton
Belleville, MI 48111

**When was the debt incurred?** 05/06/2025

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify   Business debt

---

| 4.2 4 | McCarthy, Burgess & Wolef | Last 4 digits of account number | $695.68 |
|---|---|---|---|

Nonpriority Creditor's Name
2600 Cannon Road
Bedford, OH 44146

**When was the debt incurred?** Prior to filing

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify   potential personal liability for business debt

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

26-41512-mar    Doc 9    Filed 03/19/26    Entered 03/19/26 18:07:23    Page 11 of 24

| 4.25 | MOHELA | Last 4 digits of account number | $27,892.33 |
| | Nonpriority Creditor's Name | | |

**4.25**

MOHELA
Nonpriority Creditor's Name
633 Spirit Drive
Chesterfield, MO 63005
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          $27,892.33

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Student Loan

---

**4.26**

Penn Credit Corporation
Nonpriority Creditor's Name
2800 Commerce Drive
PO Box 69703
Harrisburg, PA 17106
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          $1,271.84

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

---

**4.27**

Pincky Family Dentistry, PC
Nonpriority Creditor's Name
1245 E M-36
Pinckney, MI 48169
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          $3,627.09

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   medical

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| 4.28 | Richmond Nort Associates | Last 4 digits of account number _____ | $270.88 |
|------|--------------------------|----------------------------------------------|---------|

Nonpriority Creditor's Name
4955 North Bailey Avenue
Suite 109
Buffalo, NY 14226
Number Street City State Zip Code

**When was the debt incurred?**    Prior to filing

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify    potential personal liability for business debt

---

| 4.29 | RMS | Last 4 digits of account number    2373 | $795.55 |
|------|-----|------------------------------------------|---------|

Nonpriority Creditor's Name
PO Box 5000
Fogelsville, PA 18051
Number Street City State Zip Code

**When was the debt incurred?**    Prior to filing

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify    potential personal liability for business debt

---

| 4.30 | Ryan Mamuyac and Rachel Mamuyac | Last 4 digits of account number _____ | $182,850.00 |
|------|----------------------------------|----------------------------------------------|-------------|

Nonpriority Creditor's Name
c/o Eric S. Glick
30150 Telegraph Rd., Ste 44
Franklin, MI 48025
Number Street City State Zip Code

**When was the debt incurred?**    Prior to filing

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify    potential personal liability for business debt

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

### 4.31

**Sal Kizi**

Nonpriority Creditor's Name

4755 Edkins Street
West Bloomfield, MI 48323

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____      $5,000.00

**When was the debt incurred?**    1/6/2025

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business debt

---

### 4.32

**Shell Fleet Card**

Nonpriority Creditor's Name

Wex Inc.
1 Hancock St.
Portland, ME 04101

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   9351      $6,036.61

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   credit card

---

### 4.33

**Taunt Law Firm**

Nonpriority Creditor's Name

3001 W. Big Beaver Road
Suite 100
Troy, MI 48084

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____      $3,449.50

**When was the debt incurred?**   Prior to filing

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Services

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

26-41512-mar    Doc 9    Filed 03/19/26    Entered 03/19/26 18:07:23    Page 14 of 24

| | | | |
|---|---|---|---|
| **4.3 4** | Todd Spink Construction, Inc. | Last 4 digits of account number _____ | $2,130.00 |

Nonpriority Creditor's Name
d/b/a Spink Insulation
c/o Kristina M. Fisk
740 West Michigan Avenue
Jackson, MI 49201
Number Street City State Zip Code

**When was the debt incurred?**   Prior to filing

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   potential personal liability for business debt

---

| | | | |
|---|---|---|---|
| **4.3 5** | Tom and Erica Crock | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
3851 Trumbull
Trenton, MI 48183
Number Street City State Zip Code

**When was the debt incurred?**   Prior to filing

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Potential Personal Liability on Business Debt

---

| | | | |
|---|---|---|---|
| **4.3 6** | Transworld Systems Inc. | Last 4 digits of account number 3312 | $200.00 |

Nonpriority Creditor's Name
500 Virginia Dr
Suite514
Fort Washington, PA 19034
Number Street City State Zip Code

**When was the debt incurred?**   Prior to filing

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   medical

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 4.3 7 | U.S. Small Business Administration | Last 4 digits of account number | 9100 | $500,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

CESC-Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155

**When was the debt incurred?**    Prior to filing

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☒ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**   ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**     report as priority claims
☒ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ☒ Other. Specify   Loan

---

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,032,569.28 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,032,569.28 |

26-41512-mar    Doc 9    Filed 03/19/26    Entered 03/19/26 18:07:23    Page 16 of 24

A.G. Adjustments Ltd.
One Huntington
Quadrangle, Ste 4N15
Melville, NY 11747


Advanced Imaging Alliance Huron Valley
PO Box 932701
Cleveland, OH 44193


Amazon Chase
P.O. Box 15123
Wilmington, DE 19850


American Express
P.O. Box 60189
City of Industry, CA 91716


Ann Arbor Sunroom Kitchen & Bath
11826 N. Main St
Whitmore Lake, MI 48189


Ann Arbor Sunroom Kitchen & Bath LLC
11826 N. Main St.
Whitmore Lake, MI 48189


Ann Arbor Sunroom Kitchen & Bath LLC
11826 N. Main Street
Whitmore Lake, MI 48189


Ann Arbor Sunroom Kitchen & Bathroom
11826 N. Main St
Whitmore Lake, MI 48189


Aspen National Collections
PO Box 10689
Brooksville, FL 34603


Caine & Weiner
P.O. Box 55848
Sherman Oaks, CA 91413


Canon Financial Services, Inc.
158 Gaither Drive
Suite 200
Mount Laurel, NJ 08054


Capital One
P.O. Box 4069
Carol Stream, IL 60197


Carolyn Bordin
1323 Willow Creek Lane
Grass Lake, MI 49240

Cintas Corp
PO Box 630910
Cincinnati, OH 45263


CTA Pathology
9750 SW Nimbus Ave
Building 16
Beaverton, OR 97008


Edmond and Van Douglas
c/o 5840 Lorac Drive
Suite 3
Clarkston, MI 48346


Emma and Bill DeHerder
c/o Jordan G. English
810 E. Grand River Avenue
Brighton, MI 48116


Genesight
PO Box 773273
Detroit, MI 48277


Genisys Credit Union
2100 Executive Hill Blvd
Auburn Hills, MI 48326


Genisys Credit Union
11826 N Main st
Whitmore Lake, MI 48189


Hamzavi Dermatology
43151 Dalcoma
Suite 6
Clinton Township, MI 48038


Huron Gastroenterology Associates
5300 Elliott Drive
Ypsilanti, MI 48197


Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346


John Kavanagh & Cindy Kavanagh
Andrew C. Burrows
810 E. Grand River Ave
Brighton, MI 48116


JP Morgan Case Bank, N.A.
c/o Stenger & Stenger, P.C.
2618 East Paris Avenue SE
Grand Rapids, MI 49546

Kelsey Orr and Russel Bundesen
c/o Dykema Gossett PLLC
39577 Woodward Ave Ste. 300
Bloomfield Hills, MI 48304


Lyle and Connie Masserant
c/o Brittany Braunlich
19 E. First Street
Monroe, MI 48161


Marcie Van Black
c/o Joseph W. Uhl
Novara Law Group, PLLC
Troy, MI 48084


Mark Powel & Cheryl Duda
13744 Milton
Belleville, MI 48111


McCarthy, Burgess & Wolef
2600 Cannon Road
Bedford, OH 44146


Michigan Department of Treasury
Collection/Bankruptcy Unit
POB 30168
Lansing, MI 48909


MOHELA
633 Spirit Drive
Chesterfield, MO 63005


Penn Credit Corporation
2800 Commerce Drive
PO Box 69703
Harrisburg, PA 17106


Pincky Family Dentistry, PC
1245 E M-36
Pinckney, MI 48169


Richmond Nort Associates
4955 North Bailey Avenue
Suite 109
Buffalo, NY 14226


RMS
PO Box 5000
Fogelsville, PA 18051


Robert Christopher Clark
11826 N. Main Street
Whitmore Lake, MI 48189


Robert Clark
11826 N Main St
Whitmore Lake, MI 48189

Robert Clark
11826 N. Main St.
Whitmore Lake, MI 48189


Robert Clark
11826 N. Main Street
Whitmore Lake, MI 48189


Ryan Mamuyac and Rachel Mamuyac
c/o Eric S. Glick
30150 Telegraph Rd., Ste 44
Franklin, MI 48025


Sal Kizi
4755 Edkins Street
West Bloomfield, MI 48323


Shell Fleet Card
Wex Inc.
1 Hancock St.
Portland, ME 04101


Taunt Law Firm
3001 W. Big Beaver Road
Suite 100
Troy, MI 48084


Todd Spink Construction, Inc.
d/b/a Spink Insulation
c/o Kristina M. Fisk 740 West Michigan A
Jackson, MI 49201


Tom and Erica Crock
3851 Trumbull
Trenton, MI 48183


Transworld Systems Inc.
500 Virginia Dr
Suite514
Fort Washington, PA 19034


U.S. Small Business Administration
CESC-Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


William Ross Gilmore & Elzabeth Jane Kim
22870 Venture Drive
Novi, MI 48375

**IN THE MATTER OF:**

Tammie Joy Clark,

Case No. 26-41512-mar
Judge Mark A. Randon

Debtor.

Chapter 7

## RULE 1009-1

Rule 1009-1 Amendment of Initial Papers

(a) Procedure. An amended petition, schedule, statement of financial affairs or matrix must be accompanied by a completed form "Cover Sheet for Amendments," available on the court's website. The amended paper must be signed by the amending party. If several papers are contemporaneously amended, the amending party may file one signed affirmation relating to all of the amended papers in the same form as required on the original documents. The amended paper must completely disclose all information required by the form. A "supplemental" paper that merely provides additional information may not be filed.

(b) Service of Amendment. The debtor must serve a copy of the amendment and the "Cover Sheet for Amendments" on all entities affected by the amendment and file a certificate of service.

(c) Adding an Omitted Creditor More Than 14 Days Prior to the Meeting of Creditors. A debtor who, more than 14 days prior to the commencement of the meeting of creditors, amends a schedule to add a creditor not previously listed, must comply with subparts (a) and (b).

(d) Adding an Omitted Creditor After 14 Days Prior to the Meeting of Creditors. If an amendment adding a creditor is filed after 14 days prior to the commencement of the meeting of creditors: (1) the deadlines under F.R.Bankr.P. 4007 and F.R.Bankr.P. 4004 for the filing of complaints under § 523 or § 727, respectively, and the deadline under F.R.Bankr.P. 4003(b) to object to the debtor's claim of exemptions are extended to allow the added creditor the same number of days in which to file such a complaint or objection as the creditor would have had if the creditor had been properly scheduled when the order for relief was entered; (2) the

creditor added by the amendment is entitled to examine the debtor under oath with any reasonable expense to be borne by the debtor; and 13 (3) the debtor must serve the amended document, a notice containing a copy of subpart (d) of this rule and a copy of the notice of commencement on the added creditor and file a certificate of

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Ernest M. Hassan, III
Ernest M. Hassan, III (P67815)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com

Dated: March 19, 2026

**IN THE MATTER OF:**

Tammie Joy Clark,

                     Debtor.

Case No. 26-41512-mar
Judge Mark A. Randon
Chapter 7

## CERTIFICATE OF SERVICE

Ernest M. Hassan, III certifies that on March 19, 2026, a copy of the *Cover Sheet for Amendments*, *Amended Schedule E/F*, *Amended List of Creditors*, *Rule 1009-1*, and this *Certificate of Service* was filed electronically. Notice of this filing will be sent to all parties requesting service via the Court's Electronic Case Filing System. Parties may access these filings through the Court's system.

In addition, on March 19, 2026, a copy of the *Cover Sheet for Amendments*, *Amended Schedule E/F*, *Amended List of Creditors*, *Rule 1009-1*, *Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case*, and this *Certificate of Service* was served on the following:

| | |
|---|---|
| Caroly J. Bordin<br>1323 Willow Creek Lane<br>Grass Lake, MI 49240 | Tom and Erica Crock<br>3851 Trumbull<br>Trenton MI 48183 |

-Signature on following page-

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Ernest M. Hassan, III
Ernest M. Hassan, III (P67815)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com

Dated: March 19, 2026