Form:7perfin

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−41512−mar
Chapter: 7

In Re: (NAME OF DEBTOR(S))
Tammie Joy Clark
11826 North Main Street
Whitmore Lake, MI 48189

Social Security No.:
xxx−xx−5140

Employer's Tax I.D. No.:

---

## NOTICE OF REQUIREMENT TO FILE A PERSONAL FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a **Personal Financial Management Course Certificate*** as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the certificate must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that in a chapter 7 case the debtor(s) must file the certificate within 60 days after the first date set for the meeting of creditors under § 341 of the Code.

**Failure to file the certificate will result in the case being closed without an entry of discharge.** If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the the certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: 4/6/26

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

*** NOTE: The court will accept the Personal Financial Management Certificate provided by an approved course provider to satisfy the requirement under Federal Rules of Bankruptcy Procedure 1007(b)(7).**