Form:7perfin

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−41512−mar
Chapter: 7

In Re: (NAME OF DEBTOR(S))
Tammie Joy Clark
11826 North Main Street
Whitmore Lake, MI 48189

Social Security No.:
xxx−xx−5140

Employer's Tax I.D. No.:

---

## NOTICE OF REQUIREMENT TO FILE A PERSONAL FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a **Personal Financial Management Course Certificate*** as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the certificate must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that in a chapter 7 case the debtor(s) must file the certificate within 60 days after the first date set for the meeting of creditors under § 341 of the Code.

**Failure to file the certificate will result in the case being closed without an entry of discharge.** If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the the certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: 4/6/26

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

*** NOTE: The court will accept the Personal Financial Management Certificate provided by an approved course provider to satisfy the requirement under Federal Rules of Bankruptcy Procedure 1007(b)(7).**

United States Bankruptcy Court
Eastern District of Michigan

In re: Case No. 26-41512-mar
Tammie Joy Clark Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: admin Page 1 of 1
Date Rcvd: Apr 06, 2026 Form ID: 7perfin Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Tammie Joy Clark, 11826 North Main Street, Whitmore Lake, MI 48189-9317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Douglas Ellmann | detrustee@gmail.com mi04@ecfcbis.com;DE@trustesolutions.net |
| Elliot G. Crowder | on behalf of Debtor Tammie Joy Clark ecrowder@sbplclaw.com dlewis@sbplclaw.com;jlassen@sbplclaw.com;msikorski@sbplclaw.com |
| Ernest Hassan | on behalf of Debtor Tammie Joy Clark ehassan@sbplclaw.com dlewis@sbplclaw.com |

TOTAL: 3