Certificate Number: 15111-MIE-DE-040946537

Bankruptcy Case Number: 26-41512

15111-MIE-DE-040946537

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2026, at 6:51 o'clock PM EDT, Tammie Joy Clark completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: May 6, 2026

By: /s/Rafia Yaqoob for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education