# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                              Case No. 26-41512-mar

**Tammie Joy Clark,**                               Chapter 7

     Debtor.                                    Hon. Mark A. Randon

_____/

## STIPULATION FOR ENTRY OF ORDER EXTENDING DISCHARGE OBJECTION DEADLINE

The United States Trustee and the Debtor, through their counsel, hereby stipulate to the entry of the attached order extending the Discharge Objection Deadline for the U.S. Trustee to and including **June 10, 2026**.

**APPROVED AS TO FORM AND CONTENT:**

| STEVENSON & BULLOCK, P.L.C. | OFFICE OF THE U.S. TRUSTEE |
|---|---|
| By: /s/ Ernest M. Hassan | By: /s/ Sean M. Cowley |
| Ernest M. Hassan (P67815) | Sean M. Cowley (P72511) |
| Counsel for Debtor | Trial Attorney |
| Stevenson & Bullock, P.L.C. | United States Department of Justice- |
| 26100 American Drive, Suite 500 | Office of the U.S. Trustee |
| Southfield, MI 48034 | 211 West Fort Street, Suite 700 |
| Phone: (248) 354-7906 | Detroit, MI 48226 |
| Email: ehassan@sbplclaw.com | Phone: (202) 641-3559 |
| | Email: sean.cowley@usdoj.gov |
| Dated: May 11, 2026 | Dated: May 11, 2026 |

| | |
|---|---|
| In re: | Case No. 26-41512-mar |
| **Tammie Joy Clark,** | Chapter 7 |
| Debtor. | Hon. Mark A. Randon |

_____/

## ORDER EXTENDING DISCHARGE OBJECTION DEADLINE

THIS MATTER having come before the Court upon the Stipulation for Entry of Order Extending the U.S. Trustee's deadline to file an objection to discharge under 11 U.S.C. § 727; and the Court being otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED**:

1.    The deadline for the U.S. Trustee's to file an objection to the Debtor's discharge under 11 U.S.C. § 727 is **EXTENDED** to and including **June 10, 2026.**