**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                  Case No. 26-41512-mar

**Tammie Joy Clark,**               Chapter 7

       Debtor.                   Hon. Mark A. Randon

_____/

**STIPULATION FOR ENTRY OF ORDER EXTENDING**
**DISCHARGE OBJECTION DEADLINE**

The United States Trustee and the Debtor, through their counsel, hereby stipulate to the entry of the attached order extending the Discharge Objection Deadline for the U.S. Trustee to and including **July 10, 2026**.

**APPROVED AS TO FORM AND CONTENT:**

| **STEVENSON & BULLOCK, P.L.C.** | **OFFICE OF THE U.S. TRUSTEE** |
|---|---|
| By: /s/ Ernest M. Hassan | By: /s/ Sean M. Cowley |
| Ernest M. Hassan (P67815) | Sean M. Cowley (P72511) |
| Counsel for Debtor | Trial Attorney |
| Stevenson & Bullock, P.L.C. | United States Department of Justice- |
| 26100 American Drive, Suite 500 | Office of the U.S. Trustee |
| Southfield, MI 48034 | 211 West Fort Street, Suite 700 |
| Phone: (248) 354-7906 | Detroit, MI  48226 |
| Email: ehassan@sbplclaw.com | Phone: (202) 641-3559 |
| | Email:  sean.cowley@usdoj.gov |
| Dated: July 10, 2026 | Dated: July 10, 2026 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                      Case No. 26-41512-mar

**Tammie Joy Clark,**            Chapter 7

    Debtor.                 Hon. Mark A. Randon

_____/

**ORDER EXTENDING DISCHARGE OBJECTION DEADLINE**

THIS MATTER having come before the Court upon the Stipulation for Entry of Order Extending the U.S. Trustee's deadline to file an objection to discharge under 11 U.S.C. § 727; and the Court being otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED**:

1. The deadline for the U.S. Trustee's to file an objection to the Debtor's discharge under 11 U.S.C. § 727 is **EXTENDED** to and including **July 10, 2026**.