**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Case No. 26-41512-mar

**Tammie Joy Clark,** Chapter 7

Debtor. Hon. Mark A. Randon
_______________________________/

# ORDER EXTENDING DISCHARGE OBJECTION DEADLINE

THIS MATTER having come before the Court upon the Stipulation for Entry of Order Extending the U.S. Trustee's deadline to file an objection to discharge under 11 U.S.C. § 727; and the Court being otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED**:

1. The deadline for the U.S. Trustee's to file an objection to the Debtor's discharge under 11 U.S.C. § 727 is **EXTENDED** to and including **July 10, 2026**.

**Signed on June 11, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**

{01125534.1}