**IN THE MATTER OF:**

Tammie Joy Clark,

               Debtor.

Case No. 26-41512-mar
Judge Mark A. Randon
Chapter 7

## STIPULATION FOR ENTRY OF ORDER APPROVING SUBSTITUTION OF COUNSEL FOR THE DEBTOR

The debtor, Tammie Joe Clark (the "Debtor"), by and through her counsel, Sevenson & Bullock, PLC, by Ernest M. Hassan, III, hereby stipulates to entry of the attached proposed order substituting Apex Law, by Tyler P. Phillips, as counsel for the Debtor.

Approved as to form and content:

| **STEVENSON & BULLOCK, PLC** | **APEX LAW** |
| --- | --- |
| By: /s/ Ernest M. Hassan, III | By: /s/ Tyler P. Phillips (with consent) |
| Ernest M. Hassan, III (P67815) | Tyler P. Phillips (P78280) |
| 26100 American Drive, Suite 500 | 32900 Five Mile Road |
| Southfield, MI 48034 | Livonia, MI 48154 |
| Phone: (248) 354-7906 | Phone: (734) 888-8399 |
| Facsimile: (248) 354-7907 | Email: tphillips@apexgrouplaw.com |
| Email: ehassan@sbplclaw.com | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**

Tammie Joy Clark,

Case No. 26-41512-mar

Judge Mark A. Randon

Debtor.

Chapter 7

**ORDER APPROVING SUBSTITUTION**
**OF COUNSEL FOR THE DEBTOR**

This matter came before the Court upon the Stipulation ("Stipulation"; ECF No. 20) between the Debtor, Stevenson & Bullock, PLC, and Apex Law, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court find cause to enter this Order.

**NOW THEREFORE IT IS HEREBY ORDERED** that Apex Law, by Tyler P. Phillips, is substituted as counsel for the Debtor in place of Stevenson & Bullock, PLC, by Ernest M. Hassan, III.