# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Tammie Joy Clark,

                  Debtor.

Case No. 26-41512-mar
Judge Mark A. Randon
Chapter 7

## ORDER APPROVING SUBSTITUTION
## OF COUNSEL FOR THE DEBTOR

This matter came before the Court upon the Stipulation ("Stipulation"; ECF No. 20) between the Debtor, Stevenson & Bullock, PLC, and Apex Law, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court find cause to enter this Order.

**NOW THEREFORE IT IS HEREBY ORDERED** that Apex Law, by Tyler P. Phillips, is substituted as counsel for the Debtor in place of Stevenson & Bullock, PLC, by Ernest M. Hassan, III.

        **Signed on June 16, 2026**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**