**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

In Re:

Tammie Joy Clark,

Debtor.

Chapter 7
Case No. 26-41512-MAR
Honorable Mark A. Randon

______________________________________________/

**PROOF OF SERVICE**

Aaron E. Silvenis certifies that on the 17th day of June, 2026, he served a copy of Creditors' *Amended* Motion for Leave to Extend the Time to Object to Discharge and for Leave to File a Tardy or Delayed Complaint to Determine Non-Dischargeability of Debts and to Deny Discharge to Tyler P. Phillips, counsel for Debtor, via electronic mail at tphillips@apexgrouplaw.com and via first class mail to 32900 Five Mile Road, Livonia, MI 48154 with appropriate postage.

Respectfully submitted,

*/s/ Aaron E. Silvenis*

COHEN, LERNER & RABINOVITZ, P.C.
By: Steven Z. Cohen (P29344)
Aaron E. Silvenis (P75889)
Attorney for Creditors
26862 Woodward Avenue, Suite 200
Royal Oak, MI 48067
(248) 691-2200/(248) 691-2214 Fax

Dated: June 18, 2026