**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−41512−mar
Chapter: 7
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
Tammie Joy Clark
11826 North Main Street
Whitmore Lake, MI 48189

Social Security No.:
xxx−xx−5140

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

***21*** − Motion to Amend (related document(s): 17 Motion to Extend 523 and 727 Discharge Deadline. filed by Creditor David Kassa, Creditor Mary Kassa, Creditor Tom Piros, Creditor Erica Crock, Creditor William DeHerder, Creditor Lyle Masserant, Creditor Connie Masserant, Creditor Emma DeHerder) Filed by Creditors Marcie Van Black, Erica Crock, Emma DeHerder, William DeHerder, David Kassa, Mary Kassa, Connie Masserant, Lyle Masserant, Tom Piros (Silvenis, Aaron)

will be held on: 7/20/26 at 10:00 AM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

EFFECTIVE: JANUARY 1, 2024. Note: Judge Randon is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503−1666, Conference ID 231 911 059# Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

Dated: 7/1/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court