# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Tammie Joy Clark,

    Debtor.                                    Chapter 7
                                                   Case No. 26-41512-MAR
                                                   Honorable Mark A. Randon

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

Please take notice that the undersigned attorney hereby appears on behalf of Creditors David Kassa, Mary Kassa, Tom Piros a/k/a Tom Crock, Erica Crock, Emma DeHerder, William DeHerder, Lyle Masserant and Connie Masserant in the above-captioned chapter 7 bankruptcy case. The undersigned requests that all notices given or required to be given in this case and all papers served in this case be given and served on:

        Steven Z. Cohen (P29344)
        Cohen, Lerner & Rabinovitz, P.C.
        26862 Woodward, Suite 200
        Royal Oak, Michigan 48067
        Email: [Eileen.dehring@cohenlerner.com](mailto:Eileen.dehring@cohenlerner.com)

Please take further notice that the undersigned requests that the Court add Steven Z. Cohen to the electronic service list in this case.

Respectfully Submitted,

*/s/ Steven Z. Cohen*
COHEN, LERNER & RABINOVITZ, P.C.
By: Steven Z. Cohen (P29344)
Attorney for Creditors
26862 Woodward Avenue, Suite 200
Royal Oak, MI 48067
(248) 691-2200/(248) 691-2214 Fax

Dated: July 6, 2026

## PROOF OF SERVICE

The undersigned certifies that on July 6, 2026, a copy of the Notice of Appearance and Request For Notice was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Sean M. Cowley (UST)
United States Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226
Sean.cowley@usdoj.gov

Tyler Phillips
Apex Law
32900 Five Mile Road
Livonia, MI 48154
tphillips@apexgrouplaw.com

2

Aaron Silvenis
26862 Woodward  Avenue, Suite 200
Royal Oak, MI 48067
Aaron.silvenis@cohenlerner.com

Respectfully Submitted,

_/s/   Steven Z. Cohen_
COHEN, LERNER & RABINOVITZ, P.C.
By:    Steven Z. Cohen  (P29344)
Attorney for Creditors
26862 Woodward Avenue, Suite 200
Royal Oak, MI 48067
(248) 691-2200/(248) 691-2214 Fax