**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

In Re:

| | |
|---|---|
| Tammie Joy Clark, | Chapter 7 |
| | Case No. 26-41512-MAR |
| Debtor. | Honorable Mark A. Randon |

---

DAVID KASSA, MARY KASSA,
TOM PIROS a/k/a TOM CROCK, ERICA CROCK,
EMMA DeHERDER, WILLIAM DeHERDER,
LYLE MASSERANT, CONNIE MASSERANT,

     Plaintiffs,

vs.                                Adversary Number:

TAMMIE JOY CLARK,

     Defendant

---

COHEN, LERNER & RABINOVITZ, P.C.
By:   Steven Z. Cohen  (P29344)
Attorney for Plaintiffs
26862 Woodward Avenue, Suite 200
Royal Oak, MI 48067
(248) 691-2200/(248) 691-2214 Fax
_eileen.dehring@cohenlerner.com_

---

## <u>STIPULATION TO ADJOURN HEARING</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the hearing on Plaintiffs' Motion to Amend (Doc. 21), presently scheduled for July 20, 2026, be adjourned to August 3, 2026 at

10:00 a.m.  Counsel for the Creditors requests this adjournment due to a scheduling conflict.


/s/ Tyler P. Phillips
Tyler P. Phillips (P78280)
Counsel for Debtor
32900 Five Mile Road
Livonia, MI 48154
(734) 888-8399
*tphillips@apexgrouplaw.com*

/s/ Steven Z. Cohen
Steven Z. Cohen (P29344)
Counsel for Plaintiffs
Cohen, Lerner & Rabinovitz, P.C.
26862 Woodward, Suite 200
Royal Oak, MI 48067
(248) 691-2200 / (248) 691/2214 Fax
*Eileen.dehring@cohenlerner.com*