**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In Re:

| | |
|---|---|
| Tammie Joy Clark, | Chapter 7 |
| | Case No. 26-41512-MAR |
| Debtor. | Honorable Mark A. Randon |

---

**STIPULATION TO ADJOURN HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the hearing on Plaintiffs' Motion to Amend (Doc. 21), presently scheduled for July 20, 2026, be adjourned to August 3, 2026 at 10:00 a.m. Counsel for the Creditors requests this adjournment due to a scheduling conflict.

| | |
|---|---|
| */s/ Tyler P. Phillips* | */s/ Steven Z. Cohen* |
| Tyler P. Phillips (P78280) | Steven Z. Cohen (P29344) |
| Counsel for Debtor | Counsel for Plaintiffs |
| 32900 Five Mile Road | Cohen, Lerner & Rabinovitz, P.C. |
| Livonia, MI 48154 | 26862 Woodward, Suite 200 |
| (734) 888-8399 | Royal Oak, MI 48067 |
| *tphillips@apexgrouplaw.com* | (248) 691-2200 / (248) 691/2214 Fax |
| | *Eileen.dehring@cohenlerner.com* |