**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

In Re:

| | |
|---|---|
| Tammie Joy Clark, | Chapter 7 |
| | Case No. 26-41512-MAR |
| Debtor. | Honorable Mark A. Randon |

---

# ORDER APPROVING STIPULATION TO ADJOURN HEARING

This matter came before the Court upon the Stipulation (Doc. 29) of the parties, the Court having read said stipulation and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion to Amend (Doc. 21), presently scheduled for July 20, 2026, be and the same is adjourned to **August 3, 2026 at 10:00 a.m.**

**EFFECTIVE: JANUARY 1, 2024.** Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503-1666, Conference ID 231 911 059# Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

**Signed on July 7, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**