UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                    Chapter 7

Tammie Joy Clark,                              Case Number 26-41512

        Debtor.                                        Hon. Mark A. Randon

_____/

### ORDER ADJOURNING HEARING

On July 7, 2026, the Court entered a stipulated order adjourning Creditors' motion to amend to August 3, 2026.  Based on the Court's schedule, the hearing is **ADJOURNED** to *August 10, 2026, at 10:00 a.m*.  All interested parties must call 1-202-503-1666 and use conference ID 231 911 059#.

**IT IS ORDERED**.

**Signed on July 13, 2026**

 /s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**