In Re:

Tammie Joy Clark,

     Debtor.
                              Chapter 7
                              Case No. 26-41512-MAR
                              Honorable Mark A. Randon

_____/

## PROOF OF SERVICE

Aaron E. Silvenis certifies that on the 3rd day of August, 2026, he served a copy of Creditors' Reply in Support of Amended Motion to Extend the Time to Object to Discharge and for Leave to File a Tardy or Delayed Complaint to Determine Non-Dischargeability of Debts and to Deny Discharge via counsel and parties of Record using the ECF system and mailing a copy of the pleadings to Tammie Joy Clark by first class mail with appropriate postage.

                              Respectfully submitted,


                              */s/ Aaron E. Silvenis*_____
                              COHEN, LERNER & RABINOVITZ, P.C.
                              By:   Steven Z. Cohen  (P29344)
                                    Aaron E. Silvenis  (P75889)
                              Attorney for Creditors
                              26862 Woodward Avenue, Suite 200
                              Royal Oak, MI 48067
                              (248) 691-2200/(248) 691-2214 Fax