UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Tammie Joy Clark, | Case Number 26-41512 |
| Debtor. | Hon. Mark A. Randon |

________________________________/

**ORDER ADJOURNING CREDITORS' MOTION TO EXTEND TIME**

This matter is before the Court on Creditors' motion to extend time to object to Debtor's discharge and determine non-dischargability of debts. The Court heard argument on August 10, 2026. For the reasons stated on the record, Creditors' motion is **ADJOURNED** to ***August 31, 2026, at 10:00 a.m.*** All interested parties must call 1-202-503-1666 and use Conference ID 231 911 059#. The Court also sets the following deadlines:

1. Creditors must file any affidavits regarding the notice issue on or before ***August 19, 2026***

2. Debtor's sur-reply is due on or before ***August 27, 2026***.

**IT IS ORDERED**.

**Signed on August 11, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**