**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

| | |
|---|---|
| In Re:<br><br>Tammie Joy Clark,<br><br>Debtor. | Chapter 7<br>Case No. 26-41512-MAR<br>Honorable Mark A. Randon |

**CERTIFICATE OF SERVICE**

Tyler P. Phillips certifies that on the 27th day of August, 2026, he served Debtor's Sur-Reply in Opposition to Creditors' Amended Motion for Leave, and this Certificate of Service in accordance with the Court's Electronic Guidelines. Notice of Electronic Filing of these documents will be sent to all parties by operation of the Court's electronic filing system.

*/s/Tyler P. Phillips*