UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Tammie Joy Clark, | Case Number 26-41512 |
| Debtor. | Hon. Mark A. Randon |

________________________________/

## ORDER DENYING CREDITORS' MOTION TO EXTEND

This matter is before the Court on Creditors' motion to extend the deadline to object to Debtor's discharge. The Court heard argument on August 31, 2026. For the reasons stated on the record, Creditors' motion is **DENIED**.

**IT IS ORDERED**.

**Signed on September 1, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**