**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tammie Joy Clark<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5140 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Michigan | | |
| Case number: | 26–41512–mar | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tammie Joy Clark

10/20/26

**By the court:** /s/ Mark A. Randon
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Michigan

In re: Case No. 26-41512-mar
Tammie Joy Clark Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: admin Page 1 of 4
Date Rcvd: Oct 31, 2026 Form ID: 318 Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tammie Joy Clark, 11826 North Main Street, Whitmore Lake, MI 48189-9317 |
| 28811577 | + | Advanced Imaging Alliance Huron Valley, PO Box 932701, Cleveland, OH 44193-0015 |
| 28811580 | + | Ann Arbor Sunroom Kitchen & Bath, 11826 N. Main St, Whitmore Lake, MI 48189-9317 |
| 28811583 | + | Ann Arbor Sunroom Kitchen & Bathroom, 11826 N. Main St, Whitmore Lake, MI 48189-9317 |
| 28811589 | + | CTA Pathology, 9750 SW Nimbus Ave, Building 16, Beaverton, OR 97008-7172 |
| 28887959 | + | David & Mary Kassa, 7525 Autumn Hill Dr., West Bloomfield, MI 48323-2075 |
| 28811590 | | Edmond and Van Douglas, c/o 5840 Lorac Drive, Suite 3, Clarkston, MI 48346 |
| 28811591 | + | Emma and Bill DeHerder, c/o Jordan G. English, 810 E. Grand River Avenue, Brighton, MI 48116-1802 |
| 28811592 | + | Genesight, PO Box 773273, Detroit, MI 48277-3190 |
| 28811594 | + | Genisys Credit Union, 11826 N Main st, Whitmore Lake, MI 48189-9317 |
| 28811595 | + | Hamzavi Dermatology, 43151 Dalcoma, Suite 6, Clinton Township, MI 48038-6306 |
| 28811596 | + | Huron Gastroenterology Associates, 5300 Elliott Drive, Ypsilanti, MI 48197-8632 |
| 28811599 | + | John Kavanagh & Cindy Kavanagh, Andrew C. Burrows, 810 E. Grand River Ave, Brighton, MI 48116-1802 |
| 28811601 | + | Kelsey Orr and Russel Bundesen, c/o Dykema Gossett PLLC, 39577 Woodward Ave Ste. 300, Bloomfield Hills, MI 48304-5086 |
| 28811602 | + | Lyle and Connie Masserant, c/o Brittany Braunlich, 19 E. First Street, Monroe, MI 48161-2226 |
| 28811603 | | Marcie Van Black, c/o Joseph W. Uhl, Novara Law Group, PLLC, Troy, MI 48084 |
| 28811604 | + | Mark Powel & Cheryl Duda, 13744 Milton, Belleville, MI 48111-2353 |
| 28811605 | | McCarthy, Burgess & Wolef, 2600 Cannon Road, Bedford, OH 44146 |
| 28811609 | + | Pincky Family Dentistry, PC, 1245 E M-36, Pinckney, MI 48169-8133 |
| 28811610 | + | Richmond Nort Associates, 4955 North Bailey Avenue, Suite 109, Buffalo, NY 14226-1206 |
| 28811612 | #+ | Robert Christopher Clark, 11826 N. Main Street, Whitmore Lake, MI 48189-9317 |
| 28811613 | #+ | Robert Clark, 11826 N Main St, Whitmore Lake, MI 48189-9317 |
| 28811616 | + | Ryan Mamuyac and Rachel Mamuyac, c/o Eric S. Glick, 30150 Telegraph Rd., Ste 44, Franklin, MI 48025-4519 |
| 28811617 | + | Sal Kizi, 4755 Edkins Street, West Bloomfield, MI 48323-2512 |
| 28811618 | + | Shell Fleet Card, Wex Inc., 1 Hancock St., Portland, ME 04101-4217 |
| 28811619 | + | Taunt Law Firm, 3001 W. Big Beaver Road, Suite 100, Troy, MI 48084-3102 |
| 28811620 | + | Todd Spink Construction, Inc., d/b/a Spink Insulation, c/o Kristina M. Fisk 740 West Michigan A, Jackson, MI 49201-1909 |
| 28861464 | + | Tom and Erica Crock, 3851 Trumbull, Trenton, MI 48183-4100 |
| 28811623 | + | William Ross Gilmore & Elzabeth Jane Kim, 22870 Venture Drive, Novi, MI 48375-4185 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28811576 | + | Email/Text: bknotices@dandsltd.com | Oct 31 2026 09:55:00 | A.G. Adjustments Ltd., One Huntington, Quadrangle, Ste 4N15, Melville, NY 11747-4400 |
| 28811578 | + | EDI: JPMORGANCHASE | Oct 31 2026 13:44:00 | Amazon Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 28811579 | + | Email/PDF: bncnotices@becket-lee.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 10:01:47 | American Express, P.O. Box 60189, City of Industry, CA 91716-0189 |
| 28811584 | + | Email/Text: wwilde@aspennational.com | Oct 31 2026 09:55:00 | Aspen National Collections, PO Box 10689, Brooksville, FL 34603-0689 |
| 28811585 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 31 2026 09:55:51 | Caine & Weiner, P.O. Box 55848, Sherman Oaks, CA 91413 |
| 28811586 | ^ | MEBN | Oct 31 2026 09:47:26 | Canon Financial Services, Inc., 158 Gaither Drive, Suite 200, Mount Laurel, NJ 08054-1716 |
| 28811587 | + | EDI: CAPITALONE.COM | Oct 31 2026 13:44:00 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 28811588 | + | Email/Text: stephen.malkiewicz@cintas.com | Oct 31 2026 09:55:00 | Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910 |
| 28811593 | + | Email/Text: bankruptcy@genisyscu.org | Oct 31 2026 09:55:00 | Genisys Credit Union, 2100 Executive Hill Blvd, Auburn Hills, MI 48326-2947 |
| 28811597 | | EDI: IRS.COM | Oct 31 2026 13:44:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 28811600 | + | Email/Text: bncnotices@stengerlaw.com | Oct 31 2026 09:55:00 | JP Morgan Case Bank, N.A., c/o Stenger & Stenger, P.C., 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2454 |
| 28811607 | | Email/Text: EBN@Mohela.com | Oct 31 2026 09:55:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 28811606 | + | Email/Text: Treas-Bankruptcy@michigan.gov | Oct 31 2026 09:55:00 | Michigan Department of Treasury, Collection/Bankruptcy Unit, POB 30168, Lansing, MI 48909-7668 |
| 28811608 | | Email/Text: bankruptcies@penncredit.com | Oct 31 2026 09:55:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106 |
| 28887958 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 31 2026 09:55:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 28811611 | ^ | MEBN | Oct 31 2026 09:47:35 | RMS, PO Box 5000, Fogelsville, PA 18051-5000 |
| 28811621 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 31 2026 09:55:00 | Transworld Systems Inc., 500 Virginia Dr, Suite514, Fort Washington, PA 19034-2733 |
| 28811622 | + | Email/Text: bankruptcynotices@sba.gov | Oct 31 2026 09:55:00 | U.S. Small Business Administration, CESC-Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| 28811582 | *+ | Ann Arbor Sunroom Kitchen & Bath LLC, 11826 N. Main St., Whitmore Lake, MI 48189-9317 |
| 28811581 | *+ | Ann Arbor Sunroom Kitchen & Bath LLC, 11826 N. Main Street, Whitmore Lake, MI 48189-9317 |
| 28811614 | *+ | Robert Clark, 11826 N. Main St., Whitmore Lake, MI 48189-9317 |
| 28811615 | *+ | Robert Clark, 11826 N. Main Street, Whitmore Lake, MI 48189-9317 |
| 28861463 | ##+ | Carolyn Bordin, 1323 Willow Creek Lane, Grass Lake, MI 49240-9396 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Silvenis | on behalf of Creditor Marcie Van Black aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor Connie Masserant aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor William DeHerder aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor Lyle Masserant aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor Emma DeHerder aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor Erica Crock aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor David Kassa aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor Tom Piros aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Aaron Silvenis | on behalf of Creditor Mary Kassa aaron.silvenis@cohenlerner.com deanna.donahoo@cohenlerner.com |
| Douglas Ellmann | detrustee@gmail.com mi04@ecfcbis.com;DE@trustesolutions.net |
| Sean M. Cowley (UST) | on behalf of U.S. Trustee Andrew R. Vara Sean.cowley@usdoj.gov |
| Steven Z Cohen | on behalf of Creditor David Kassa eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor Mary Kassa eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor Emma DeHerder eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor Connie Masserant eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor Erica Crock eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor Lyle Masserant eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor William DeHerder eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor Marcie Van Black eileen.dehring@cohenlerner.com |
| Steven Z Cohen | on behalf of Creditor Tom Piros eileen.dehring@cohenlerner.com |
| Tyler Phillips | |

on behalf of Debtor Tammie Joy Clark tphillips@apexgrouplaw.com
lpfund@kotzsangster.com;mdelorme@kotzsangster.com;aclark@kotzsangster.com

TOTAL: 21